**SAO**
MARC C. NARON, ESQ.
Nevada Bar No. 11665
D.R. PATTI & ASSOCIATES
720 S. Seventh Street, Third Floor
Las Vegas, Nevada  89101
Telephone: (702) 331-3391
Facsimile: (702) 385-9557
mnaron@drpfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AMARI KILGORE,

        Plaintiff,

vs.

DAVE & BUSTER'S OF NEVADA, LLC
dba DAVE & BUSTER'S; DOE
Employees; DOES 1-10 and ROE
Corporations 1-10, inclusive,

        Defendants,

CASE NO.: 2:25-cv-2030-CDS-BNW

## STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
### (First Request)

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, by and through her

counsel of record MARC C. NARON, ESQ., of the law firm D.R. PATTI & ASSOCIATES and

Defendant, by and through their counsel of record ASHLEY ZURKAN, ESQ., of the law firm

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP pursuant to Local R. 26-3 as

follows:

## I.   RELEVANT STATEMENT OF FACTS AND PROCEDURAL POSTURE

This is an action for personal injuries and damages allegedly sustained by Plaintiff

-1-

AMARI KILGORE as a result of a slip and fall incident that occurred on September 20, 2024. Plaintiff alleges general negligence against Defendant DAVE & BUSTER'S OF NEVADA, LLC dba DAVE & BUSTER'S.  Plaintiff further claims Defendant's negligence ultimately caused his alleged injuries.  Plaintiff filed his original Complaint on August 19, 2025. Defendant filed their Answer on September 17, 2025.

## II. DISCOVERY COMPLETED TO DATE

The parties have participated in the following:

a.  Early Case Conference;

b.  Initial Disclosures of Documents and Witnesses;

c.  Plaintiff has served written discovery requests;

d.  Defendant has served written discovery requests and Plaintiff has responded to the same;

e.  Plaintiff has supplemented their disclosures;

f.  Plaintiff has provided HIPPA authorizations;

## III. DISCOVERY THAT REMAINS TO BE COMPLETED

Potential discovery still remaining to be completed by parties:

a.  Deposition of the FRCP 30(b)(6) representative for Defendant

b.  Deposition of Plaintiff

c.  Parties' Disclosure of Initial and Rebuttal Experts

d.  Deposition of Plaintiff's treating physicians not disclosed as experts;

e.  Deposition(s) of experts;

f.  Deposition of any fact witnesses;

g.  Further, the parties may engage in additional discovery the foregoing indicates could lead to the discovery of admissible evidence.

## IV. <u>REASONS WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER</u>

Since the commencement of discovery, the Parties have been working amicably together to gather relevant documents, issue necessary discovery, and prepare for the retention and disclosure of experts.  However, due to recent talks regarding a potential resolution, discovery has been slightly delayed.  In an attempt to avoid further expenses both Parties are hopeful that this task can be completely in the next thirty (30) days.  This extension is sought in good faith and is not meant to unnecessarily delay proceedings in this matter.  It is the first such extension of discovery sought by the Parties.

## V. <u>PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY</u>

The parties hereby stipulate to continue the discovery deadlines as follows:

| Activity | Current Deadline | Requested Extension |
|---|---|---|
| File Motions to Amend Pleadings/Add Parties | January 20, 2026 | No Extension Requested |
| Initial Expert Disclosures | February 19, 2026 | March 19, 2026 |
| Rebuttal Expert Disclosures | March 23, 2026 | April 23, 2026 |
| Dispositive Motions | May 20, 2026 | June 19, 2026 |
| Complete Discovery | April 20, 2026 | May 20, 2026 |

/ / /

/ / /

/ / /

**VI. IV. EXTENSIONS OF MODIFICATIONS OF THE DISCOVERY PLAN AND SCHEDULING ORDER:**

Any stipulation or motion must be made no later than twenty-one (21) days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-3.

**IT IS SO STIPULATED.**

Dated this 4th day of February, 2026

**D.R. PATTI & ASSOCIATES**

/s/ *Marc Naron*

Marc C. Naron, Esq.
Nevada State Bar No. 11665
D.R. PATTI & ASSOCIATES
720 S. Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 331-3391
Facsimile No.:  (702) 385-9557
*Attorneys for Plaintiff*

Dated this 4th day of February, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ *Ashley Zurkan*

Michael P. Lowry, Esq.
Nevada State Bar No. 10666
Ashley L, Zurkan, Esq.
Nevada State Bar No. 16473
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
6689 Las Vegas Boulevard South, Ste. 200
Las Vegas, NV 89119
Telephone No.: (702) 727-1400
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 5, 2026

-4-